UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Calidad Auto Tech, Inc. v. Search Automotive Technologies, LLC           CIVIL 11-653

### ORDER

Counsel having reported to the court that the above case has been settled, it is hereby ordered that this case is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reinstate the action if the settlement is not consummated.

The court retains jurisdiction over the settlement agreement.

_____
Edwin M. Kosik
United States District Judge

Dated:  April 22, 2014

FILED
SCRANTON

APR 2 2 2014

PER _____
DEPUTY CLERK